## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  August 7, 2014                518082
_____

In the Matter of the Claim of
    DARREN ANDERSON,
                    Appellant.

                                        MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:   June 9, 2014

Before:  Peters, P.J., Stein, Garry, Egan Jr. and Devine, JJ.

                    _____

        Darren Anderson, New York City, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City (Gary Leibowitz of counsel), for respondent.

                    _____

        Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 26, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

        Decision affirmed.  No opinion.

        Peters, P.J., Stein, Garry, Egan Jr. and Devine, JJ., concur.

-2-                          518082

ORDERED that the decision is affirmed, without costs.




                    ENTER:

                    Robert D. Mayberger
                    Clerk of the Court